UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen Wayne Carlson,

        Plaintiff,

v.                                                           Civil No. 12-644 (JNE/JJK)
                                                         ORDER

Minnesota Department of Employment and
Economic Development; Commissioner Mark
R. Phillips, in Official Capacity; and Minnesota
Governor Mark Dayton, in Official Capacity,

        Defendants.

In a Report and Recommendation dated October 17, 2012, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that Defendants' Motion for Judgment on the Pleadings be granted, that Plaintiff's Motion for Temporary Restraining Order be denied, and that this case be dismissed. Plaintiff objected, and Defendants responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 35]. Therefore, IT IS ORDERED THAT:

1. Defendants' Motion for Judgment on the Pleadings [Docket No. 12] is GRANTED.

2. Plaintiff's Motion for Temporary Restraining Order [Docket No. 22] is DENIED.

3. This case is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 5, 2012

                                                                      s/Joan N. Ericksen
                                                                      JOAN N. ERICKSEN
                                                                      United States District Judge